FILED
 2010 Jul-12  PM 04:22
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA M HALL,     ] | |
| ] | |
| Plaintiff,     ] | |
| ] | |
| v.     ] | CV-09-BE-0647-S |
| ] | |
| I.C. SYSTEM, INC.,     ] | |
| ] | |
| Defendant.     ] | |
| ] | |

## ORDER

This matter comes before the court on "Defendant I.C. System, Inc.'s Motion in Limine" (doc. 30) and "Plaintiff's Motions in Limine (doc. 31).  The court held a final pretrial conference on July 9, 2010.  The court has considered the submissions, arguments of counsel, and the applicable law.  As stated on the record on July 12, the court GRANTS IN PART, DENIES IN PART, and RESERVES RULING IN PART.

DONE and ORDERED this 12th day of July, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE